AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   3:16-cv-00740-SMY-SCW |
| | ) | |
| DRA TAGGART, L.L.C., a Pennsylvania Limited Liability Company, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DRA Taggart, L.L.C., Registered Agent: Solutions, In, 901 S 2nd Street, Ste 201, Springfield, IL 62704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John R. Schneider
Johnson, Schneider & Ferrell, L.L.C.
212 North Main Street
Cape Girardeau, MO 63701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:       07/05/2016

*Signature of Clerk or Deputy Clerk*